Pages 1–924 have been redacted.

## Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WAGNER, ERNEST   49383-086

SEQUENCE: 02142899
Team Date: 09-12-2021



Facility: TRM  TERMINAL ISLAND FCI
Name: WAGNER, ERNEST
Register No.: 49383-086
Age: 73
Date of Birth: ■■■■■
Proj. Rel. Date: 11-11-2025
Proj. Rel. Method: GCT REL

DNA Status: PREBOP TST / 12-11-2018
CIMS Status: NO
CIMS Reconciled: N/A

Inmate is subject to 18 U.S.C. 4042(B) Notification:    No
Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:    N/A

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:2252(A)(2) AND (B)(1) CONSPIRACY TO DISTRIBUTE CHILD PORNOGRAPHY, COUNT 1 | 60 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 09-09-2021 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 09-09-2021 |
| PHOTO ID N | PHOTO ID - NO | 09-09-2021 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 10-28-2021 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 09-09-2021 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 09-09-2021 |
| VETERAN N | VETERAN - NO | 09-09-2021 |
| WA W CONV | WALSH ACT HIST WITH CONVICTION | 06-22-2021 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TRM | A&O COMP | A&O COMPLETE | 12-29-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TRM | ESL HAS | ENGLISH PROFICIENT | 08-19-2021 |
| TRM | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-19-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

NO COURSES

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| TRM DRUG | A-DES | OTHER AUTH ABSENCE RETURN | 12-29-2021 | CURRENT |
| TRM DRUG | A-DES | OTHER AUTH ABSENCE RETURN | 10-27-2021 | 12-29-2021 |
| TRM DRUG | A-DES | OTHER AUTH ABSENCE RETURN | 09-22-2021 | 10-21-2021 |
| TRM DRUG | A-DES | TRANSFER RECEIVED | 08-18-2021 | 09-13-2021 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| ■■■■■ | ■■■■■ | 08-18-2021 |
| ■■■■■ | ■■■■■ | 09-09-2021 |

Archived as of 01-03-2022    Individualized Needs Plan - Program Review    (File Copy)    Page 1 of 4



| Individualized Needs Plan - Program Review | (File copy) | SEQUENCE: 02142899 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 09-12-2021 |

Plan is for inmate: WAGNER, ERNEST   49383-086

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 11-21-2021 |
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 12-11-2018 |
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 12-11-2018 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 09-09-2021 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** PART    FINANC RESP-PARTICIPATES    **Start:** 08-30-2021

**Inmate Decision:** AGREED    $25.00    **Frequency:** QUARTERLY

**Payments past 6 months:** $25.00    **Obligation Balance:** $9,075.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $75.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 12-10-2021 | TRM | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $9,000.00 | $9,000.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A         Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 09-09-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 08-18-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-29-2021 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 09-25-2021 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 09-25-2021 |
| N-DYSLEX R | NEED - DYSLEXIA REFUSE | 08-20-2021 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 09-03-2021 |
| N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 09-25-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 09-25-2021 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-23-2021 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-23-2021 |
| N-TRAUMA N | NEED - TRAUMA NO | 08-18-2021 |
| N-WORK Y | NEED - WORK YES | 08-19-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-09-2021 |

### Progress since last review

Inmate is a new commit to TRM; there is no academic coursework, vocational training, or disciplinary matters to discuss at this time.

### Next Program Review Goals

Inquire and enroll in an academic course that could assist you with your transitional needs, such as an ACE course, vocational trade courses, or FSA programs. i.e. National Parenting Program Phase 1, Money Smart, Service Fit, Talking with you Doctor, or Brain Health, etc. However, it is highly recommended that you complete the following courses:
1. Healthy Steps For Older Adults
If this course is not available inquire/enroll in a closely related course that covers the FSA need for Medical.
It is also recommended that you obtain a work detail.

Archived as of 01-03-2022         Individualized Needs Plan - Program Review    (File Copy)         Page 2 of 4



**Individualized Needs Plan - Program Review    (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WAGNER, ERNEST   49383-086

SEQUENCE: 02142899
Team Date: 09-12-2021

Complete recommendations prior to 03/12/22.

## Long Term Goals

Inquire and enroll in ten academic courses that could assist you with transitional needs, such as an ACE courses, vocational trade courses, or FSA programs.  i.e. AARP Foundation Finances 50+, Anger Management, Basic Cognitive Skills, Criminal Thinking, Seeking Safety, etc.  Complete all FSA recommended courses as well as the ROP course prior to 11/2025.

## RRC/HC Placement

## Comments

407/408 reviewed and current.
Judicial Recommendations: No.
In preparation for employment and reintegration into the community, Inmate is in the process of securing government identification and documents pertinent to his future employment and reintegration.



**Individualized Needs Plan - Program Review   (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WAGNER, ERNEST   49383-086

SEQUENCE: 02142899
Team Date: 09-12-2021

Name: WAGNER, ERNEST
Register No.: 49383-086
Age: 73
Date of Birth: ▇▇▇▇

DNA Status: PREBOP TST / 12-11-2018

X  _Ernest Wagner_
Inmate   (WAGNER, ERNEST. Register No.: 49383-086)

9-12-21
Date

(b)(6); (b)(7)(C)

Unit Manager / Chairperson                     Case Manager

9/12/21                                         9-12-2021
Date                                            Date

Individualized Needs Plan - Program Review   (File Copy)          Page 4 of 4

```
 WXRBT   540*23 *           SENTENCE MONITORING        *   01-25-2022
 PAGE 001       *           COMPUTATION DATA           *   08:07:50
                            AS OF 01-25-2022

REGNO..: 49383-086 NAME: WAGNER, ERNEST


FBI NO...........: XRVRET06J         DATE OF BIRTH:  ▇▇▇▇▇   AGE:  73
ARS1.............: TRM/A-DES
UNIT.............: A                  QUARTERS......: H01-003L
DETAINERS........: NO                 NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-14-2025

THE INMATE IS PROJECTED FOR RELEASE: 11-11-2025 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER....................: CR 19-386
JUDGE............................: FRIEDRICH
DATE SENTENCED/PROBATION IMPOSED: 06-04-2021
DATE COMMITTED...................: 08-18-2021
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                     FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:      $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $9,000.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   512    18:2251-2,2260 OBSCENE MATTR    FSA INELIGIBLE
OFF/CHG: 18:2252(A)(2) AND (B)(1) CONSPIRACY TO DISTRIBUTE CHILD
         PORNOGRAPHY, COUNT 1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION.............: LIFE
 DATE OF OFFENSE.................: 01-31-2017




G0002         MORE PAGES TO FOLLOW . . .
```

```
WXRBT   540*23 *            SENTENCE MONITORING         *    01-25-2022
PAGE 002 OF 002 *            COMPUTATION DATA            *    08:07:50
                              AS OF 01-25-2022

REGNO..: 49383-086 NAME: WAGNER, ERNEST


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-18-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-20-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-18-2021
TOTAL TERM IN EFFECT............:      60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:       5 YEARS
EARLIEST DATE OF OFFENSE........: 01-31-2017

JAIL CREDIT.....................:       FROM DATE     THRU DATE
                                         12-11-2018   12-19-2018

TOTAL PRIOR CREDIT TIME.........: 9
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-11-2025
ELDERLY OFFENDER TWO THIRDS DATE: 12-08-2024
EXPIRATION FULL TERM DATE.......: 08-08-2026
TIME SERVED.....................:       5 MONTHS    17 DAYS
PERCENTAGE OF FULL TERM SERVED..:       9.3
PERCENT OF STATUTORY TERM SERVED:      10.9

PROJECTED SATISFACTION DATE.....: 11-11-2025
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
 WXRBT             *       INMATE EDUCATION DATA       *      01-25-2022
PAGE 001 OF 001 *               TRANSCRIPT             *       08:07:00

REGISTER NO: 49383-086    NAME..: WAGNER                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TRM-TERMINAL ISLAND FCI

--------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
TRM  ESL HAS    ENGLISH PROFICIENT          08-19-2021 0716 CURRENT
TRM  GED HAS    COMPLETED GED OR HS DIPLOMA 08-19-2021 0716 CURRENT




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 WXRBT              *        INMATE DISCIPLINE DATA        *      01-25-2022
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD   *       08:01:50

REGISTER NO: 49383-086 NAME..: WAGNER, ERNEST
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-25-2022




G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

Date: 4-25-22

Hello Mr. Welch

I had a Fall of which I have no memory; About 2.5 hours gone from my life.

[redacted]

over the last week There has been an outbreak of Covid-19 on my floor: Over 20 Cases and one death.

Enclosed is a Copy of my request for compassionate Release To the RIS coordinator and the Continuing Conversation. I have requested The offered paper work but he has yet To be Forthcoming.

Please, how can we appeal directly To the court?

Regards
Ernest Wagner
*Ernest Wagner*

TRULINCS 49383086 - WAGNER, ERNEST - Unit: RCH-C-A

---

FROM: RIS Coordinator
TO: 49383086
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/21/2022 02:42:02 PM

Still awaiting final decision from the Warden. Since it has been over 30 days now without response from the Warden you have the right to appeal directly to your court. If you need the paperwork I can provide it to you but cannot assist with that process.

---

From: ~^! WAGNER, ~^!ERNEST <49383086@inmatemessage.com>
Sent: Friday, April 15, 2022 2:25 PM
To: RCH-InmateToRISCoordinator (BOP) >
Subject: ***Request to Staff*** WAGNER, ERNEST, Reg# 49383086, RCH-C-A

To:
Inmate Work Assignment: Patient 9-2

And it looks like the "new doctor" has her hands full with at least 8 covid-19 cases. Also, because of an accident on 3/22/22, I was informed by the Mayo Clinic that my heart failure continues to worsen, down to 30% from 40%. Because 30 days has passed and my health continues to worsen, I was hoping for some advise as to waiting for the doctor to become available, or to submit a BP-9

Thanks,
Ernie Wagner
-----RIS Coordinator on 3/23/2022 9:37 AM wrote:

>
I am unaware of anything about the BP-9 you submitted at another institution and have no access to that information. I did basically put you in as a new request and your new doctor will be evaluating you here. You should follow up with unit team about the BP-9 issue.

---

From: ~^!"WAGNER, ~^!ERNEST" <49383086@inmatemessage.com> <49383086@inmatemessage.com>
Sent: Friday, March 18, 2022 8:20 PM
Subject: ***Request to Staff*** WAGNER, ERNEST, Reg# 49383086, RCH-C-A

To:
Inmate Work Assignment: Patient 9-2

My attorney advised me that the RIS process and denial I started at the Terminal Island FCI continues to be valid for Rochester Federal Medical Center. I was waiting for a response to the the BP-9 Administrative Remedy when I was suddenly transferred to the RFMC.

I must have incorrectly inferred that I had to start a new request for RIS at this location. My question is, will the response to my BP-9 from TRM FCI be forwarded to me here, or would it be better to wait for the result of denial here and start a new Administrative Remedy process? Because of the possible delay of receiving the BP-9 result from TRM FCI, I will not have time to submit a BP-10.

Thank You
-----RIS Coordinator on 3/17/2022 7:32 AM wrote:

>
Thank you, we will review your request.

>>> ~^!"WAGNER, ~^!ERNEST" <49383086@inmatemessage.com> 3/16/2022 9:13 PM >>>
To:
Inmate Work Assignment: Patient 9-2

I will live at:

TRULINCS 49383086 - WAGNER, ERNEST - Unit: RCH-C-A

---

with my wife, ▇▇▇▇

The property is in both my wife's and my name and I hold the mortgage.

I am retired and have three incomes:
   Pension from American Radio Association:   Approximately $3600/Month
   Social Security:   Approximately $1500/Month
   Pension from Hewlett Packard:   Approximately $130/Month

My Wife and stepson's family have indicated that they will support my adjustment back into the community.
-----RIS Coordinator on 3/16/2022 7:52 AM wrote:

\>
For us to consider your request you must include a release plan. Please respond with where you will live and how you will support yourself upon release.

\>>> ~^!"WAGNER, ~^!ERNEST" <49383086@inmatemessage.com> 3/15/2022 9:00 PM >>>
To:
Inmate Work Assignment: Patient 9-2

I am requesting the Bureau of Prisons motion the judge for compassionate release.

My age of 74 and considerable health issues including diabetes, heart failure, and heart attack increase my risk of Long COVID-19 and it's virulent effects.

Also, being in close proximity to staff and inmates increases my probability of becoming infected.

In my case, the current COVID-19 pandemic provides compelling and extraordinary circumstances for compassionate release.

Thank You,

**Response to Inmate Request to Staff**

WAGNER, Ernest
Reg. No. 49383-086

This is in response to your request for compassionate release based on concerns about COVID-19 and your medical circumstances. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

At this time, you have not identified any extraordinary or compelling circumstances warranting consideration for compassionate release. The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, these concerns do not currently warrant an early release from your sentence. In addition, you do not meet the criteria under "Debilitated Medical Circumstances." An evaluation of your medical records indicate you are generally independent with instrumental activities of daily living.

Accordingly, your request is denied. If you are not satisfied with this response, you may appeal through the Administrative Remedy Program.

_____        _____
J. Engleman, Warden                     Date